# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Phillip Bebee<br><br>*Defendant(s)* | Case No. **1-20MJ-047** |

## CRIMINAL COMPLAINT BY TELEPHONE

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 28th, 2020 in the county of Howard, in the Northern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 751 | Escape from a Federal Correctional Institution |

This criminal complaint is based on these facts:
see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. Pro. 4.1 by telephone.

*Complainant's signature*

John Chance Ferguson, Deputy U.S. Marshal
*Printed name and title*

Date: 07/28/2020

*Judge's signature*

City and state: Abilene, Texas

John R. Parker, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, John Chance Ferguson, affiant herein, being duly sworn, state that I am a Deputy United States Marshal (DUSM), assigned to the Abilene Field Office and stationed in Abilene, Texas. The information contained in this affidavit is based upon my personal experience and information relayed to me by other law enforcement officers involved in this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause to believe a crime has been committed and that the defendant committed it, I have not included each and every fact known to me in this affidavit.

As a result of my training and experience, I am familiar with 18 U.S.C. § 751, which makes it unlawful to escape from a federal correctional institution. There are four elements to this offense: (1) That the defendant was in federal custody; (2) That the defendant was in federal custody due to a lawful arrest on a felony charge or due to a conviction for any offense; (3) That the defendant left or attempted to leave federal custody without permission; and (4) That the defendant knew leaving would result in his absence from federal custody.

On August 26, 2013, Phillip Bebee was convicted of Convicted Felon in Possession of a Firearm and sentenced to 96 months imprisonment by the United States District Court for the Western District of Texas. Based on this conviction, Bebee was confined at the Federal Correctional Institution-Big Spring (FCI-Big Spring), Big Spring, Texas, by direction of the Attorney General of the United States. Bebee was ordered to report to a halfway house at Dismiss Charities in Lubbock, Texas on or about April 17,

1

2020. Bebee did not report as directed and subsequently an escape flyer was issued by the Bureau of Prisons and apprehension authority was delegated to the U.S. Marshals Service. Bebee was arrested in Big Spring, Texas on July 28, 2020.

Based on my training, education, and experience, and the information provided to me, I believe that Phillip Bebee violated Title 18, United State Code, Section 751, by escaping from federal custody.

John Chance Ferguson
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me this 28th day of July, 2020.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

2